IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA COLLEGE OF EMERGENCY PHYSICIANS and BRETT CANNON, M.D.,<br><br>  Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, DEPARTMENT OF LABOR, DEPARTMENT OF THE TREASURY, OFFICE OF PERSONNEL MANAGEMENT, and the CURRENT HEADS OF THOSE AGENCIES IN THEIR OFFICIAL CAPACITIES,<br><br>  Defendants. | CIVIL ACTION NO. 1:21-cv-05267-MHC |

**ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT EXCEEDING THE TWENTY-FIVE PAGE LIMIT**

It is hereby ORDERED that Plaintiffs' Motion for Leave to File Brief in Support of Plaintiffs' Motion for Preliminary Injunction, or in the Alternative, for Summary Judgment Exceeding the Twenty-Five Page Limit is **GRANTED**. In addition, Defendants are hereby permitted an extension of twenty-five (25) pages beyond the limitation set forth under LR 7.1(D), NDGa. Defendants are also hereby

permitted an extension to file their Response to Plaintiffs' Motion for Preliminary Injunction, or in the Alternative, for Summary Judgment to thirty-five (35) days after the date of service of Plaintiffs' Motion.

IT IS SO ORDERED, this 20th day of January, 2022.

_____
**THE HONORABLE MARK H. COHEN**
U.S.D.C. Northern District of Georgia Judge