IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA COLLEGE OF EMERGENCY PHYSICIANS and BRETT CANNON, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, DEPARTMENT OF LABOR, DEPARTMENT OF THE TREASURE, OFFICE OF PERSONNELL MANAGEMENT, and the CURRENT HEADS OF THOSE AGENCIES IN THEIR OFFICIAL CAPACITIES, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:21-CV-5267-MHC |

## ORDER

It is hereby **ORDERED** that the Unopposed Motion for Leave to File Amicus Curiae in Support of Plaintiffs' Motion for Preliminary Injunction, Or in

the Alternative, for Summary Judgment [Doc. 18] is **GRANTED**.

**IT IS SO ORDERED** this 7th day of February, 2022.

_____
MARK H. COHEN
United States District Judge