# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GEORGIA COLLEGE OF EMERGENCY PHYSICIANS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | No. 1:21-cv-05267-MHC |

## ORDER GRANTING JOINT MOTION FOR STAY

It is hereby ORDERED that the Joint Motion for a sixty-day stay is hereby **GRANTED**; this case, along with any and all associated deadlines, is now stayed for sixty (60) days.

IT IS SO ORDERED, this 2nd day of March, 2022.

_____
**THE HONORABLE MARK H. COHEN**
U.S.D.C. Northern District of Georgia Judge