IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| GEORGIA COLLEGE OF EMERGENCY PHYSICIANS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | No. 1:21-cv-05267-MHC |

## ~~PROPOSED~~ ORDER GRANTING JOINT MOTION FOR STAY

It is hereby ORDERED that the Joint Motion to Continue the Stay is hereby **GRANTED**, and this case is now stayed for an additional thirty (30) days.

It is further ORDERED that the parties shall file a Joint Status Report on or before July 18, 2022.

IT IS SO ORDERED, this 13th day of June, 2022.

*/s/ Mark H. Cohen*
**THE HONORABLE MARK H. COHEN**
U.S.D.C. Northern District of Georgia Judge