IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA COLLEGE OF EMERGENCY PHYSICIANS, *et al.*, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 1:21-cv-05267-MHC<br>) |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COME NOW, Plaintiffs, **GEORGIA COLLEGE OF EMERGENCY PHYSICIANS and BRETT CANNON, M.D**. by and through their undersigned counsel, and hereby move to dismiss all of their claims against the named Defendants from the above-referenced action without prejudice.

Respectfully submitted this 13th day of September, 2022.

|  |  |
|---|---|
|  | **HALL BOOTH SMITH, P.C.** |
|  | */s/ Brittany H. Cone* |
| 191 Peachtree Street, N.E. | BRITTANY H. CONE |
| Suite 2900 | Georgia Bar No. 488550 |
| Atlanta, GA 30303-1775 | S. DAVID MCLEAN, JR. |
| Tel:  404-954-5000 | Georgia Bar No. 496890 |
| Fax:  404-954-5020 | JORDAN S. JOHNSON |
| Email:  bcone@hallboothsmith.com | Georgia Bar No. 649655 |
| Email:  dmclean@hallboothsmith.com |  |
| Email: jjohnson@hallboothsmith.com | *Attorneys for Plaintiffs* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____
                                                          )
GEORGIA COLLEGE OF EMERGENCY )
PHYSICIANS, *et al.*,                              )
                                                          )
        Plaintiffs,                           )
                                                          )
    v.                                              )  No. 1:21-cv-05267-MHC
                                                          )
U.S. DEPARTMENT OF HEALTH AND  )
HUMAN SERVICES, *et al.*,                   )
                                                          )
        Defendants.                          )
_____)

## **CERTIFICATE OF COMPLIANCE**

The foregoing **PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE** is double-spaced in 14 point Times New Roman font and complies with the type-volume limitation set forth in Local Rules 7.1 and 5.1(C).

Respectfully submitted this 13th day of September, 2022.

1

|  | **HALL BOOTH SMITH, P.C.** |
|---|---|
| 191 Peachtree Street, N.E. | */s/ Brittany H. Cone* |
| Suite 2900 | BRITTANY H. CONE |
| Atlanta, GA 30303-1775 | Georgia Bar No. 488550 |
| Tel:  404-954-5000 | S. DAVID MCLEAN, JR. |
| Fax:  404-954-5020 | Georgia Bar No. 496890 |
| Email:  bcone@hallboothsmith.com | JORDAN S. JOHNSON |
| Email:  dmclean@hallboothsmith.com | Georgia Bar No. 649655 |
| Email: jjohnson@hallboothsmith.com | *Attorneys for Plaintiffs* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____
                                              )
GEORGIA COLLEGE OF EMERGENCY )
PHYSICIANS, *et al.*,                         )
                                              )
       Plaintiffs,                     )
                                              )
       v.                              )    No. 1:21-cv-05267-MHC
                                              )
U.S. DEPARTMENT OF HEALTH AND  )
HUMAN SERVICES, *et al.*,                     )
                                              )
       Defendants.                     )
_____)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following parties of record below, addressed as follows:

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

KURT R. ERSKINE
United States Attorney

3

TRISHANDA L. TREADWELL
Assistant U.S. Attorney
75 Ted Turner Drive, SW, Suite 600
Atlanta, GA 30303
Trish.treadwell@usdoj.gov

ERIC B. BECKENHAUER
Assistant Branch Director

JOEL L. McELVAIN
Senior Trial Counsel
ANNA L. DEFFEBACH
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20001
Joel.L.McElvain@usdoj.gov
anna.l.deffebach@usdoj.gov

Respectfully submitted this 13th day of September, 2022.


**HALL BOOTH SMITH, P.C.**

| | |
|---|---|
| 191 Peachtree Street, N.E. | */s/ Brittany H. Cone* |
| Suite 2900 | BRITTANY H. CONE |
| Atlanta, GA 30303-1775 | Georgia Bar No. 488550 |
| Tel: 404-954-5000 | S. DAVID MCLEAN, JR. |
| Fax: 404-954-5020 | Georgia Bar No. 496890 |
| Email: bcone@hallboothsmith.com | JORDAN S. JOHNSON |
| Email: dmclean@hallboothsmith.com | Georgia Bar No. 649655 |
| Email: jjohnson@hallboothsmith.com | *Counsel for Plaintiffs* |